Argued and submitted July 11, affirmed as modified August 3, 1983

In the Matter of the Compensation
of Robert J. Freeman, Claimant.

FREEMAN,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(81-08124; CA A26498)

667 P2d 10

Rebecca G. Orf, Ashland, argued the case for petitioner. On the brief wer Thomas C. Howser and Cottle & Howser, Ashland.

Darrell E. Bewley, State Accident Insurance Fund, Salem, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

**PER CURIAM**

In this workers' compensation case, that portion of the order of the Workers' Compensation Board reducing the referee's award of attorney fees from $750 to $400 is reversed, and the referee's award is reinstated. In all other respects, the order of the Board is affirmed.

Modified to reinstate referee's award of attorney fees; affirmed as modified.